UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE:  9:23-cv-81538-KAM

LAWRENCE FELTZIN,

    Plaintiff,
v.

LANTANA AND MANGO, LLC, a
Florida limited liability company,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, LAWRENCE FELTZIN, and Defendant, LANTANA AND MANGO, LLC, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in this case as to this Defendant.

Respectfully submitted this September 12, 2024.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *William E.Pruitt* |
| ANTHONY J. PEREZ, ESQ. | WILLIAM E. PRUITT ESQ. |
| Florida Bar No.: 535451 | Florida Bar No. 273821 |
| ANTHONY J. PEREZ LAW GROUP, PLLC | PRUITT & PRUITT, P.A. |
| 7950 W. Flagler Street, Suite 104 | 2475 Mercer Avenue, Suite 101 |
| Miami, Florida 33144 | West Palm Beach, Florida, 33401 |
| | Phone: (561) 655-8080 Ext. 103 |
| Primary E-Mail: ajp@ajperezlawgroup.com | Email: wep@pruittpruittlaw.com |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this September 12, 2024.

                                          Respectfully submitted,

                                          **ANTHONY J. PEREZ LAW GROUP, PLLC**
                                          *Attorneys for Plaintiff*
                                          7950 w. Flagler Street, Suite 104
                                          Miami, Florida 33144
                                          Telephone: (786) 361-9909
                                          Facsimile: (786) 687-0445
                                          Primary E-Mail: ajp@ajperezlawgroup.com
                                          Secondary E-Mails: jr@ajperezlawgroup.com

By: ___/s/_Anthony J. Perez_____
           ANTHONY J. PEREZ
           Florida Bar No.: 535451