UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:23-cv-81538-KAM

LAWRENCE FELTZIN,

    Plaintiff,
v.

LANTANA AND MANGO, LLC, a Florida
Limited Liability Company,

    Defendant.
_____/

## **ORDER**

This cause is before the Court upon the parties' Joint Stipulation of Final Dismissal with Prejudice (DE 22).  This type of dismissal is self-executing.  Upon the filing of such a dismissal, the Court is divested of jurisdiction.  *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

Accordingly, it is hereby **ORDERED AND ADJUDGED** that all pending motions are **DENIED AS MOOT**.  The Clerk shall **CLOSE** the case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 23rd day of September, 2024.

                                                KENNETH A. MARRA
                                                United States District Judge